Deciding these summary judgment cases involving negligence claims, in which the *Page 114 
scintilla rule must be applied, and in which summary judgment is rarely appropriate, is like steering the ship of justice on a course between the rocky shore of Scylla and the whirlpool of Charybdis. The law says that a plaintiff should be able to state what actually caused the injury. Folmar v. MontgomeryFair Company, Inc., 293 Ala. 686, 309 So.2d 818 (1975), (Maddox, J., dissenting). On the other hand, a plaintiff who shows a condition which a jury could find was unsafe, and who further shows the relationship of the parties and other evidence from which a jury could find a lack of due care, and that the alleged injury was proximately caused thereby, is entitled to have a jury, which has been properly instructed on the law by the court, decide the issues in the case. Winn-Dixiev. Godwin, Ala., 349 So.2d 37 (1977).